**CASE NO. 25-13415-J**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

PENROD BROTHERS INC.,
*Plaintiff-Appellant/Cross-Appellee,*

v.

CITY OF MIAMI BEACH,
*Defendant-Appellee/Cross-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-CV-23362-DSL

======================================================

**JOINT MOTION FOR STAY OF FURTHER PROCEEDINGS
IN LIGHT OF SETTLEMENT**

======================================================

| | |
|---|---|
| Maria A. Fehretdinov, Esq. | Edward G. Guedes, Esq. |
| Jason S. Koslowe, Esq. | Richard B. Rosengarten, Esq. |
| Ryan T. Thornton, Esq. | Eric P. Hockman, Esq. |
| Coral del Mar Lopez, Esq. | Anne R. Flanigan, Esq. |
| **STEARNS WEAVER MILLER** | Bryan C. Siddique, Esq. |
| **WEISSLER ALHADEFF &** | **WEISS SEROTA HELFMAN COLE** |
| **SITTERSON, P.A.** | **& BIERMAN, P.L.** |
| Museum Tower | 200 East Broward Blvd., |
| 150 West Flagler Street | Suite 1900 |
| Suite 2200 | Fort Lauderdale, FL 33301 |
| Miami, Florida 33130 | Telephone: (954) 763-4242 |
| Telephone: (305) 789-3200 | eguedes@wsh0-law.com |
| Mfehretdinov@stearnsweaver.com | rrosengarten@wsh0-law.com |
| Jkoslowe@stearnsweaver.com | ehockman@wsh0-law.com |
| Rthornton@stearnsweaver.com | aflanigan@wsh0-law.com |
| Clopez@stearnsweaver.com | bsiddique@wsh0-law.com |
| *Attorneys for Plaintiff-Appellant* | *Attorneys for Defendant-Appellee* |
| *Penrod Brothers Inc.* | *City of Miami Beach* |

*Penrod Brothers Inc. v. City of Miami Beach*
Case No. 25-13415-J

## JOINT MOTION FOR STAY OF FURTHER PROCEEDINGS
## IN LIGHT OF SETTLEMENT

Pursuant to Federal Rule of Appellate Procedure 27, and Eleventh Circuit Rule 27-1, Appellant/Cross-Appellee, Penrod Brothers, Inc. ("Penrod"), and Appellee/Cross-Appellant, City of Miami Beach (the "City"), (together, the "Parties") jointly and respectfully move this Court for a stay of further proceedings in this appeal in light of the parties having reached a settlement.

1.    After the parties' last joint motion for extension of the briefing schedule, the Court entered an order [DE 20] making Penrod's initial brief on the merits due on March 27, 2026, with an appendix due seven days later, and the City's answer/cross-initial brief on the merits due on June 12, 2026, with an appendix to be filed seven days later. Penrod filed its initial brief as directed on March 27, 2026. Penrod's appendix is presently due April 3, 2026.

2.    On March 26, 2026, the Parties met in mediation and were able to reach a global settlement in principle of all issues not only in this appeal, but also in the ongoing state court proceedings after remand (the "Settlement"). All interested parties participated through representatives with the authority to settle. However, because any settlement binding on the City requires City Commission approval, further governmental proceedings must take place to approve the Settlement. Under Florida law, a public entity's representatives do not have authority to bind the entity

1

at mediation, and any settlement is subject to reduction to writing and completion of required governmental approvals. Fla. R. Civ. P. 1.720(d).

3.      Moreover, the Settlement, which is comprehensive in scope, will require substantial drafting to implement its various components.  Some of those same components that will require further governmental administrative and legislative action in order to effectuate the Settlement. The Parties cannot presently estimate how long it will take to complete drafting of the Settlement document and implement all components of the Settlement, but it is the intention of the Parties to see the Settlement through to completion.

4.      In light of the Settlement, the presiding state court judge (the Honorable Lisa Walsh) entered an order on March 30, 2026 staying further state court proceedings, placing the case on inactive status, and directing the Parties to file a joint status report within thirty days of the order.

5.      While the Court previously allotted the City a meaningful amount of time to prepare and file its answer/cross-initial brief on the merits, the Parties cannot in good faith assure the Court that all aspects of Settlement will be completed by the June 12, 2026, deadline for the City's brief. Furthermore, Penrod's appendix is due on April 3, 2026, and the legal expense associated with its compilation will be incurred almost immediately. Similarly, at some point in the not too distance future, counsel for the City would need to begin in earnest preparing its initial brief on the

merits, which would result in needless expenditure of taxpayers' money on legal fees while the City is focused on finalizing and effectuating the Settlement.

6.      The Parties are prepared to report to the Court periodically, including on the same reporting schedule directed by the presiding state court judge or whatever schedule the Court deems appropriate, as to the status of the Settlement and the need for either a dismissal of the appeal or a lifting of the stay.

7.      This request is made jointly and in good faith, and not for purposes of delay.  The requested extension is intended to obviate the need for further expenditures by either of the Parties in prosecuting or defending this appeal. Resources that might have otherwise been directed to continuing to litigate can now be repurposed to bring the Settlement to fruition.

8.      WHEREFORE, for these reasons, the Parties respectfully request that the Court enter an order staying further proceedings in this appeal, including, but not limited to, relieving Penrod of its obligation to file an appendix by April 3, 2026, excusing the City's compliance with the June 12, 2026 deadline for filing its answer/cross-initial brief on the merits, and directing the parties to report on the status of the Settlement on the same schedule directed by the presiding state court judge, or whatever schedule the Court deems appropriate.

*Penrod Brothers Inc. v. City of Miami Beach*
Case No.  25-13415-J

Dated: March 31, 2026     Respectfully submitted,

By: */s/ Maria A. Fehretdinov*
Maria A. Fehretdinov (Florida Bar No. 52084)
Jason S. Koslowe (Florida Bar No. 122758)
Ryan T. Thornton (Florida Bar No. 99195)
Coral Del Mar Lopez (Florida Bar No. 1022387)
**STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Email: mfehretdinov@stearnsweaver.com
jkoslowe@stearnsweaver.com
rthornton@stearnsweaver.com
clopez@stearnsweaver.com

*Attorneys for Plaintiff-Appellant/Cross-Appellee Penrod Brothers Inc.*

4

*Penrod Brothers, Inc. v. City of Miami Beach*
Case No. 25-13415-J

By: */s/ Edward G. Guedes*
Edward G. Guedes, Esq.
Richard B. Rosengarten, Esq.
Eric P. Hockman, Esq.
Anne R. Flanigan,
Esq. Bryan C. Siddique, Esq.
**WEISS SEROTA HELFMAN COLE &
BIERMAN, P.L.**
200 East Broward Blvd.,
Suite 1900
Fort Lauderdale, FL 33301
Telephone: (954) 763-4242
Email: eguedes@wsh0-law.com
rrosengarten@wsh0-law.com
ehockman@wsh0-law.com
aflanigan@wsh0-law.com
bsiddique@wsh0-law.com

*Attorneys for Defendant-Appellee/Cross-
Appellant City of Miami Beach*

5

*Penrod Brothers Inc. v. City of Miami Beach*
Case No. 25-13415-J

<u>**CERTIFICATE OF COMPLIANCE**</u>

Pursuant to Fed. R. App. P. 32(g), I certify the foregoing document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 692 words, as created by Microsoft Word, excluding the items that may be excluded under Fed. R. App. P. 32(f).

Dated: March 31, 2026

/s/ *Maria A. Fehretdinov*
MARIA A. FEHRETDINOV

*Penrod Brothers Inc. v. City of Miami Beach*
Case No.  25-13415-J

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on  March 31, 2026, a copy of the foregoing was filed electronically through the appellate CM/ECF system with the Clerk of the Court.  I further certify that all parties required to be served have been served.

/s/ *Maria A. Fehretdinov*
MARIA A. FEHRETDINOV