**CASE NO. 25-13415-J**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

PENROD BROTHERS INC.,
*Plaintiff-Appellant/Cross-Appellee,*

v.

CITY OF MIAMI BEACH,
*Defendant-Appellee/Cross-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-CV-23362-DSL

================================================================

## JOINT STATUS REPORT

================================================================

| | |
|---|---|
| Maria A. Fehretdinov, Esq. | Edward G. Guedes, Esq. |
| Jason S. Koslowe, Esq. | Richard B. Rosengarten, Esq. |
| Ryan T. Thornton, Esq. | Eric P. Hockman, Esq. |
| Coral del Mar Lopez, Esq. | Anne R. Flanigan, Esq. |
| **STEARNS WEAVER MILLER** | Bryan C. Siddique, Esq. |
| **WEISSLER ALHADEFF &** | **WEISS SEROTA HELFMAN COLE** |
| **SITTERSON, P.A.** | **& BIERMAN, P.L.** |
| Museum Tower | 200 East Broward Blvd., |
| 150 West Flagler Street | Suite 1900 |
| Suite 2200 | Fort Lauderdale, FL 33301 |
| Miami, Florida 33130 | Telephone: (954) 763-4242 |
| Telephone: (305) 789-3200 | eguedes@wsh0-law.com |
| Mfehretdinov@stearnsweaver.com | rrosengarten@wsh0-law.com |
| Jkoslowe@stearnsweaver.com | ehockman@wsh0-law.com |
| Rthornton@stearnsweaver.com | aflanigan@wsh0-law.com |
| Clopez@stearnsweaver.com | bsiddique@wsh0-law.com |
| *Attorneys for Plaintiff-Appellant* | *Attorneys for Defendant-Appellee* |
| *Penrod Brothers Inc.* | *City of Miami Beach* |

## JOINT STATUS REPORT

Pursuant to this Court's April 3, 2026 Order (DE 23) ("Order") on the parties' joint motion for stay, Appellant/Cross-Appellee, Penrod Brothers, Inc. ("Penrod"), and Appellee/Cross-Appellant, City of Miami Beach (the "City"), (together, the "parties") jointly submit the following status report in light of the parties having reached a settlement:

1.      On May 20, 2026, the City Commission approved, and the parties entered into, a settlement agreement that contemplates the dismissal of the instant appeal, should the City Commission provide final Approval to the Boucher Contract Amendment on or before September 30, 2026. *See* Settlement Agreement ("Settlement") at Section 6, attached as **Exhibit A** hereto.

2.      If the City does not issue such Approval, then the Settlement shall be null and void, and the parties will retain all rights and continue with the instant appeal. *Id*. at Sec. 6.2.

3.      Accordingly, the parties respectfully request a continuation of the stay currently in effect through September 30, 2026, to permit the parties to carry out their obligations under the Settlement and, if so, be able to dismiss the instant appeal.

4.      This request is made jointly and in good faith, and not for purposes of delay. The requested continuation is intended to obviate the need for further expenditures by either of the parties in prosecuting or defending this appeal.

Resources that might have otherwise been directed to continuing to litigate can now be repurposed to bring the Settlement to completion.

5. WHEREFORE, for these reasons, the parties respectfully request that the Court continue the stay in effect pursuant to this Court's Order.

Dated: June 2, 2026

Respectfully submitted,

By: */s/ Maria A. Fehretdinov*
Maria A. Fehretdinov (Florida Bar No. 52084)
Jason S. Koslowe (Florida Bar No. 122758)
Ryan T. Thornton (Florida Bar No. 99195)
Coral Del Mar Lopez (Florida Bar No. 1022387)
**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Email: mfehretdinov@stearnsweaver.com
jkoslowe@stearnsweaver.com
rthornton@stearnsweaver.com
clopez@stearnsweaver.com

*Attorneys for Plaintiff-Appellant/Cross-Appellee Penrod Brothers Inc.*

By: */s/ Edward G. Guedes*
Edward G. Guedes, Esq.
Richard B. Rosengarten, Esq.
Eric P. Hockman, Esq.
Anne R. Flanigan, Esq.
Bryan C. Siddique, Esq.
**WEISS SEROTA HELFMAN COLE &
BIERMAN, P.L.**
200 East Broward Blvd.,
Suite 1900
Fort Lauderdale, FL 33301
Telephone: (954) 763-4242
Email: eguedes@wsh0-law.com
rrosengarten@wsh0-law.com
ehockman@wsh0-law.com
aflanigan@wsh0-law.com
bsiddique@wsh0-law.com

*Attorneys for Defendant-Appellee/Cross-
Appellant City of Miami Beach*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify the foregoing document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 258 words, as created by Microsoft Word, excluding the items that may be excluded under Fed. R. App. P. 32(f).

Dated: June 2, 2026

/s/ *Maria A. Fehretdinov*
MARIA A. FEHRETDINOV

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on June 2, 2026, a copy of the foregoing was filed electronically through the appellate CM/ECF system with the Clerk of the Court. I further certify that all parties required to be served have been served.

/s/ *Maria A. Fehretdinov*
MARIA A. FEHRETDINOV